389 A.2d 159

Commonwealth v. Baker, Appellant.

Submitted March 14, 1977. Blake E. Martin, Public Defender, for appellant; John R. Walker, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.